UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |  |
|---|---|---|
| SOFTWARE BROKERS OF AMERICA, INC., d/b/a INTCOMEX, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Court No. 25-00381 |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entries set forth on Schedule A, attached, consists of Bluetooth speaker systems.

3. The imported merchandise was secondarily classified by U.S. Customs and Border Protection (CBP) under subheading 9903.01.24 of the Harmonized Tariff Schedule of the United States (HTSUS) and assessed a 20% *ad valorem* duty under the International Emergency Economic Powers Act (IEEPA).

4. The stipulable imported merchandise is secondarily classifiable under subheading 9903.01.23, HTSUS, which covers: "[e]xcept for products described in headings

9903.01.21 and 9903.01.22, and other than products for personal use included in accompanied baggage of persons arriving in the United States, articles the product of China and Hong Kong that: (1) were loaded onto a vessel at the port of loading, or in transit on the final mode of transport prior to entry into the United States, before 12:01 a.m. eastern standard time on February 1, 2025; and (2) are entered for consumption, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern standard time on February 4, 2025, and before 12:01 a.m. eastern standard time on March 7, 2025," without an assessment of duties under IEEPA.

5. The imported merchandise, covered by the entries set forth on the attached Schedule A, is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party will bear its own costs and attorney fees.

2

Stipulated Judgment on Agreed Statement of Facts, Court No. 25-00381 (*continued*)

Stephen C. Tosini
Digitally signed by Stephen C. Tosini
Date: 2026.03.16
11:25:23 -04'00'

By: _____
Law Office of Stephen Tosini
1717 K St. N.W. rm. 900
Washington, DC 20006
tel.: (202) 893-0496
email: stephen.tosini@importdefense.com

OF COUNSEL:
PETER QUINTER
Gunster, Yoakley & Stewart, P.A.
600 Brickell Avenue, Suite 3500
Miami, FL 33131
tel.: (305) 376-6016
email: pquinter@gunster.com
Attorneys for Plaintiff

Date: _____

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: _____
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

_____
Alexander Vanderweide
Senior Trial Counsel
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza, Room 346
New York, NY 10278
tel.: (202) 598-0287
email: alexander.vanderweide@usdoj.gov
Attorneys for Defendant

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries set forth on the attached Schedule A and make refunds in accordance with the stipulation of the parties set forth above.

/s/        Gary S. Katzmann
                JUDGE

Date: April 2, 2026

SCHEDULE A TO STIPULATED JUDGMENT

Port of Entry: Miami (5201)

| Court # | Protest # | Entry # | Description of Merchandise |
|---|---|---|---|
| 25-00381 | 520125103841 | 231-3428199-4 | Bluetooth Speakers |
| 25-00381 | 520125103842 | 231-3428201-8 | Bluetooth Speakers |
| 25-00381 | 520125103843 | 231-3428197-8 | Bluetooth Speakers |
| 25-00381 | 520125103844 | 231-3428191-1 | Bluetooth Speakers |
| 25-00381 | 520125103845 | 231-3428200-0 | Bluetooth Speakers |
| 25-00381 | 520125103846 | 231-3428190-3 | Bluetooth Speakers |